THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC WAYNE THOMAS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | NO. 21-4497 |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of Social Security | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 1ˢᵀ day of June, 2023, upon review of the brief in support of the request for review filed by Plaintiff, Defendant's response, and Plaintiff's reply (Docs. 63, 67 & 75), as well as the administrative record, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Request for Review (Doc. 63) is **GRANTED**, the final decision of the Commissioner denying Plaintiff's application is **VACATED**, and the matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings.

The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE